**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILE DIVISION**

| | |
|---|---|
| **PAMELA ROBINSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **No. 3:25-cv-01064** |
| **v.** ) | |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

On July 2, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court deny Pamela Robinson's motion for judgment on the administrative record. (Doc. No. 15). The Magistrate Judge informed the parties that any objections to the R&R must be filed within 14 days of service. (<u>Id.</u> at 17). The deadline to object was July 17, 2026. Neither party filed any objections.

Where, as here, there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); <u>see also</u> <u>Ashraf v. Adventist Health Sys./Sunbelt, Inc.</u>, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made.") (citing <u>Thomas v. Arn</u>, 474 U.S. 140, 150 (1985)).

Having reviewed the R&R de novo, the Court finds no clear error and agrees that the ALJ's determination is supported by substantial evidence. Accordingly, the R&R (Doc. No. 15) is

**APPROVED AND ADOPTED**.  The motion for judgment based on the administrative record

(Doc. No. 9) is **DENIED** and the Commissioner's final disability decision is **AFFIRMED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE